UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Kenneth H. Hart

   v.                                      Civil No. 11-cv-417-PB

John Does, et al.


**O R D E R**

   Plaintiff filed a Motion to Proceed In Forma Pauperis (doc. no. 17) with Financial Affidavit and Certificate of Custodial Institution. The Certificate of Custodial Institution does not comply with 28 U.S.C. § 1915(a)(2), as it is not a certified copy signed by the appropriate official of the institution. Plaintiff has submitted a reproduced copy, explaining that he copied in his own handwriting the information "from the original page from [the] Prison Bursar's Office." Plaintiff further explained that he retained the original because he does not have money for copying.

   To properly complete his In Forma Pauperis application, plaintiff must mail the original Certificate of Custodial Institution to the Clerk of Court. Upon receipt, the Clerk of Court will photocopy the original and mail the photocopy of the original Certificate of Custodial to plaintiff.

Plaintiff has until November 23, 2011, to comply with this Order. In the event plaintiff fails to comply, the court may recommend denial of his application for In Forma Pauperis status.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

November 3, 2011

cc: Kenneth H. Hart, pro se