UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kenneth Hart</u>

          v.                               Case No. 11-cv-417-PB

<u>John Does, et al</u>

<u>O R D E R</u>

      Pursuant to Judge Barbadoro's order of December 29, 2011, the plaintiff was directed to file no additional motions without leave of court until Magistrate Judge McCafferty issued her ruling on preliminary review of the complaint and on all previously filed motions.  Although the plaintiff's most recent submissions are characterized as "objections," they all either advocate the merits of his pending action or request specific relief, which is in effect a "motion."  Thus, pursuant to Judge Barbadoro's prior order, all requests for relief are DENIED.  The clerk is directed, however, to provide a copy of the docket sheet for the plaintiff.

      SO ORDERED.

February 16, 2012                                      /s/ Daniel J. Lynch
                                                        Daniel J. Lynch
                                                        United States Magistrate Judge

cc:     Kenneth Hart, Pro se