**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


Kenneth H. Hart

    v.                                         Civil No. 11-cv-417-PB

John Doe et al


**O R D E R**


Kenneth H. Hart, an inmate at the New Hampshire State Prison proceeding pro se, has filed a civil rights action in this court (doc. no. 1) and numerous motions for injunctive and other relief (doc. nos. 3-8, 10-16, 18, 19, 21, and 25-28).  The district judge has referred the nondispositive motions filed by Hart (doc. nos. 13, 14, 18, and 26-28) to this magistrate judge for a ruling.

1.  Motions Concerning Hart's In Forma Pauperis Application

In three motions (doc. nos. 14, 18, and 26) Hart has asked the court for accommodations in or exemptions from the requirement that Hart pay a filing fee or apply for in forma pauperis status.  Hart has now filed his motion for in forma pauperis status (doc. no. 17).  The motion was granted on February 20, 2012.  Accordingly, Hart's motions (doc. nos. 14, 18, and 26) concerning the in forma pauperis application process are denied as moot.

2.   Motion for Clerk Acknowledgment of Motions (doc. no. 13)

Hart has requested that the court order the clerk's office to send him an acknowledgement of the motions he has filed.  The clerk's office has no responsibility to mail such an acknowledgment.  See Local Rule 77.3.  In any event, this order and the report and recommendation issued this date address all of Hart's pending motions.  For these reasons, the motion (doc. no. 13) is denied.

3.   Motion for Self-Addressed Stamped Envelopes (doc. no. 27)

Hart has requested that the court send him self-addressed stamped envelopes, as, he asserts, prison officials have confiscated his stationery and stamps.  The court does not provide that service to litigants.  Therefore, the motion (doc. no. 27) is denied.

4.   Motion for Order Allowing Pictures (doc. no. 28)

Hart seeks an order from this court directing that he be allowed to take pictures of his body to present as evidence in the instant action.  The court, in a report and recommendation issued simultaneously with this order, recommends that the action be dismissed in its entirety.  If the recommendation is approved by the district judge, no evidence will be taken in

this case.  Accordingly, the motion (doc. no. 28) is denied, without prejudice to Hart refiling the motion should the district judge decline to adopt this court's recommendation.

## Conclusion

For the foregoing reasons, each of Hart's motions (doc. nos. 13, 14, 18, and 26-27) is DENIED.  The motion for pictures (doc. no. 28) is denied without prejudice to Hart refiling the motion if the district judge does not accept the magistrate judge's report and recommendation issued on this date, recommending dismissal of this action.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

February 24, 2012

cc:  Kenneth H. Hart, pro se

LBM:jba

3