UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kenneth Hart</u>

        v.                    Case No. 11-cv-417-PB

<u>Does, et al</u>

O R D E R

    All pending motions except the motion to extend time to respond to Report and Recommendation are denied without prejudice. The motion to extend time is granted. The plaintiff shall have until May 1, 2012 to file an objection to the Report and Recommendation. Any motion that is deemed to have merit after I rule on the Report and Recommendation will be reinstated without prejudice to the plaintiff. No further pleadings shall be filed in this case without prior court approval until I rule on the Report and Recommendation.

    SO ORDERED.

March  20, 2012                                  /s/ Paul Barbadoro
                                                        Paul Barbadoro
                                                        United States District Judge

cc:    Kenneth Hart, Pro Se